AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ROCK HILL DIVISION

Mack Neil Myers, #241427,

        Petitioner,

vs.

State of South Carolina; and
Warden of Perry Correctional Institution

        Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 0:09-738-HMH

**[X] Decision on the Record.**  This action came before the court on the record, The Honorable Henry M. Herlong Jr., United States District Judge, presiding.  The Court having adopted Magistrate Judge Paige J. Gossett's Report and Recommendation to dismiss,

    **IT IS ORDERED AND ADJUDGED** that the Petitioner shall take nothing of the

Respondents and the petition is dismissed without prejudice and without requiring a response

from the Respondents.

                                    LARRY W. PROPES, Clerk

                                    By: s/Angie Snipes
                                           Deputy Clerk

May 11, 2009